UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------X
PAUL REVERE LIFE INS.,


         Plaintiff,              Civil Action No. 07-1648WJM

v.

                                ORDER OF DISMISSAL

STEVEN R. FINK,

         Defendant.
----------------------------X



     The parties having notified the Court that the above

action has been settled,

     It is on this 21st day of June, 2010

     ORDERED that the above matter is dismissed.




                         s/William J. Martini


                         _____

                         WILLIAM J. MARTINI, U.S.D.J.